UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TERESA JANE POLASKY,

    Plaintiffs,                                Case No. 3:20-cv-232

vs.

COMMISSIONER OF SOCIAL SECURITY,      District Judge Michael J. Newman

    Defendant.

---

**ORDER AND ENTRY: (1) GRANTING THE JOINT MOTION FOR REMAND (DOC. 11); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING THAT THE CLERK ENTER JUDGMENT ACCORDINGLY; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

      This Social Security disability benefits appeal is presently before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  Doc. 11.  For good cause shown, and absent opposition, **IT IS ORDERED THAT:** (1) the ALJ's non-disability finding is found unsupported by substantial evidence, and the parties' joint motion for a remand (doc. 11) is **GRANTED**; (2) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and (3) this case is **TERMINATED** upon the Court's docket.  The Clerk is **ORDERED** to enter judgment accordingly.

      **IT IS SO ORDERED.**

Date:  January 27, 2021                          s/ Michael J. Newman
                                                                    Michael J. Newman
                                                                    United States District Judge